Daniel M. O'Leary, Esq. (CA SBN: 175128)
Law Office of Daniel M. O'Leary
2300 Westwood Blvd., Suite 105
Los Angeles, CA 90064
Tel.: (310) 481-2020
Email: dan@danolearylaw.com

Justin Sterling, Esq. (SBN: 290642)
The Sterling Firm, APLC
8605 Santa Monica Boulevard, #96543
Los Angeles, CA 90069
Tel.: (310) 498-2750
Fax: (310) 362-8608
Email: justin@thesterlingfirm.com

*Attorneys for Plaintiff Brooke Clendenen*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BROOKE CLENDENEN, an individual,<br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; VISTA RECREATION, a business entity;<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:25-cv-03109-DC-CSK<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff Brooke Clendenen, by and through her counsel of record, hereby requests that the Court dismiss the above-entitled matter without prejudice.

Respectfully Submitted,

DATED: December 18, 2025

**THE STERLING FIRM**

By: *Justin Sterling*
Justin Sterling, Esq.
Attorney for Plaintiff