ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE CLENDENEN,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | CASE NO. 2:25-CV-3109-DC-CSK<br>**DECLARATION OF BRODIE M. BUTLAND** |

I, Brodie M. Butland, state the following upon personal knowledge:

1. I am counsel of record for the United States in *Clendenen v. United States of America, et al.*, Case No. 2:25-cv-3655 (*Clendenen III*), pending in this Court. Case No. 2:25-cv-3655 is substantively identical to this case (*Clendenen II*), but this case was voluntarily dismissed before I could enter an appearance. I have entered an appearance in Case No. 2:25-cv-3655 by filing a Motion to Dismiss on February 23, 2026.

2. To my knowledge, Plaintiff is represented in all *Clendenen v. United States* cases by Daniel M. O'Leary and Justin Sterling.

3. Plaintiff has filed an ex parte Motion for Rule 60(b) relief in this Court. In a declaration supporting the ex parte filing, Mr. Sterling represents that "counsel could not obtain a stipulation from the other side despite its good faith efforts to confer with the opposing defense counsel on the issue." Neither Mr. Sterling nor Mr. O'Leary have ever emailed me, called me, or otherwise contacted me regarding this ex parte Motion (or any other matters relating to this litigation). I have confirmed this

through an email search and reviewing my records of incoming calls. Since February 23, 2026, when I filed the Motion to Dismiss in Case No. 2:25-cv-3655, I have received no emails from Messrs. O'Leary or Sterling, I have no incoming calls from a 310 area code generally or Plaintiff's counsel specifically, and I have no voicemails from Plaintiff's counsel.

4. Plaintiff's counsel did not serve me with a copy of the ex parte Motion, either when it was filed or afterwards. I only learned about the ex parte Motion because it was referenced in and attached to Plaintiff's Opposition to my February 23, 2026 Motion to Dismiss in *Clendenen III*. Plaintiff filed that Opposition on March 9, 2026—six days after filing the ex parte Motion in this case. I was unable to read the Opposition and its attachments until March 12, 2026, and that is when I first learned about the ex parte Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2026

By: */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney
Counsel for the United States of America