**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. TAGGART, SB# 227482
E-Mail: Matt.Taggart@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
RRM-CLM Services LLC d/b/a VISTA RECREATION, a Delaware limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BROOKE CLENDENEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VISTA RECREATION, a business entity,<br><br>Defendants. | Case No. 2:25-cv-3109-DC-CSK<br><br>**DECLARATION OF MATTHEW D. TAGGART IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION**<br><br>Trial Date: None Set |

**DECLARATION OF MATTHEW D. TAGGART**

I, Matthew D. Taggart, hereby declare and state:

1. I am an attorney duly admitted before all United States District Courts in the State of California and this Honorable Court. I am a partner at the law firm of Lewis Brisbois, Bisgaard & Smith LLP, counsel to defendant RRM-CLM Services LLC d/b/a Vista Recreation, a Delaware limited liability company("Vista"), erroneously sued as Vista Recreation in this action. I respectfully submit this declaration in support of Defendants' Joint Opposition to Plaintiff's *Ex Parte* Application for an Order to Reopen Case Pursuant to Rule 60(b) and for an Order of Dismissal without Prejudice Pursuant to Rule 41(a)(2). I have personal knowledge of the facts set forth herein and, if called, could and would testify competently thereto.

2. Prior to filing this Declaration, I reviewed the CM/ECF docket for this action, Case Number 2:25-cv-03109-DC-CSK, which is sometimes referred to in the subsequent pending action as "*Clendenen II*," and which contains a total of ten (10) entries, *including* the aforementioned *Ex Parte*. Even a cursory glance of the docket reveals that neither the United States of America nor Vista made an appearance in this action between the time it was filed on October 27, 2025 and the time it was dismissed on December 18, 2025.

3. I have reviewed the portion of Plaintiff's *Ex Parte* in which she asserts that "counsel could not obtain a stipulation from the other side despite its good faith efforts to confer with opposing defense counsel on the issue." (ECF 10 at 2:19-21.) I am not sure the basis for this statement, and believe it to be untrue.

4. I have also reviewed the Declaration of Justin Sterling provided in connection with that *Ex Parte* and, in particular, Paragraph 3 in which he asserts that "Counsel could not obtain a stipulation from the other side despite its good faith efforts to confer with the opposing defense counsel on the issue." (ECF 10-1 at 2:22-23.) I am not sure the basis for this statement, and believe it to be untrue. No documents, emails or other evidence is proffered in support of this representation.

5. To the best of my knowledge, my only communications with Plaintiff's counsel consisted of a brief phone call and emails with Daniel M. O. Leary in which I requested, and he

granted, a thirty-day extension of the original deadline to respond to the Complaint in the currently-pending case in the Eastern District, Case No. 2:25-cv-3655-JDP ("*Clendenen III*") from January 28, 2026 to February 25, 2026.

6. I have never spoken with Justin Sterling, about *Clendenen II* or otherwise.

7. I was not served with a copy of Plaintiff's ex parte Motion in this case. The first time I became aware of the ex parte Motion was when I saw it in Plaintiff's Opposition to a motion to dismiss in *Clendenen III*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 17, 2026.

By: */s/ Matthew D. Taggart*
MATTHEW D. TAGGART